IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN J. MORRISON, M.D.,** | : | Civil No. 1:18-CV-1125 |
| **Plaintiff** | : | |
| v. | : | |
| **PATRICK MCDONNELL,** Secretary, Dept. of Environmental Protection, Commonwealth of Pennsylvania, in his official capacity, | : | |
| **Defendant** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY**

**ORDERED** that Defendant's motion to dismiss (Doc. 8) is **GRANTED**.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: January 29, 2019